# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LINDA CHASE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Case No. 5:22-cv-145-AW-MAF**

**GORDON THAMES, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 2 report and recommendation. ECF No. 32. There have been no objections. I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 3, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge